**No. 09-10953. Corey Louis Hines, Petitioner v. R. Richards, et al.**

561 U.S. 1054, 131 S. Ct. 57, 177 L. Ed. 2d 1146, 2010 U.S. LEXIS 5698.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1034, 130 S. Ct. 3524, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5334.